UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

 Kelley Pease and Anthony E Pease

Case No.: _____ 17-23040 _____

Chapter: _____ 13 _____

Judge: _____ ABA _____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: _ Scott H. Marcus, Esq. _____

This will confirm that on _____ 10/25/17 _____ the following document(s) was filed by you.

☒     Amendment to Schedule(s) _J_____,

☐     Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☐     Declaration About an Individual Debtor's Schedules (106 Declaration)

☒     An updated Summary of Your Assets and Liabilities and Certain Statistical Information
       (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐     Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐     An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)
       [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

Dated: _October 27, 2017_____          Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-23040-ABA
Kelley Pease                                                        Chapter 13
Anthony E Pease
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 1              Date Rcvd: Oct 27, 2017
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db/jdb          +Kelley Pease,    Anthony E Pease,    1701 Bluestem Ave,    Williamstown, NJ 08094-3393

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
          Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
           bthomas@ecf.epiqsystems.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Lauren  Bielskie    on behalf of U.S. Trustee   U.S. Trustee lauren.bielskie@usdoj.gov
          R. A. Lebron    on behalf of Creditor    FULTON BANK OF NEW JERSEY bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          Scott H. Marcus    on behalf of Debtor Kelley  Pease smarcus@marcuslaw.net,
           scottmarcusecf@gmail.com,plaws@marcuslaw.net,ddemeo@marcuslaw.net
          Scott H. Marcus    on behalf of Joint Debtor Anthony E Pease smarcus@marcuslaw.net,
           scottmarcusecf@gmail.com,plaws@marcuslaw.net,ddemeo@marcuslaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 8