Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 17−23040−ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelley Pease                                              Anthony E Pease
   1701 Bluestem Ave                               1701 Bluestem Ave
   Williamstown, NJ 08094                    Williamstown, NJ 08094

Social Security No.:
   xxx−xx−5747                                           xxx−xx−8616

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on November 30, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 1, 2017
JAN: bc

                                                                      Jeanne Naughton
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kelley Pease  
Anthony E Pease  
    Debtors

Case No. 17-23040-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Dec 01, 2017  
               Form ID: 148    Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.
```
db/jdb         +Kelley Pease,    Anthony E Pease,    1701 Bluestem Ave,    Williamstown, NJ 08094-3393
516904288     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank,     PO Box 183071,    Columbus, OH 43218)
516904287      +Citi Cards,    Po Box 790345,    St. Louis, MO 63179-0345
516904290      +Division of Pensions and Benefits,    PO Box 295,    Trenton, NJ 08625-0295
516904292      +GM Card,    PO Box 71107,    Charlotte, NC 28272-1107
516904293      +GM Financial,    75 Remittance Dr Suite 1738,    Chicago, IL 60675-1738
516904294      +GM Financial,    75 Remittance way,    Chicago, IL 60675-1001
516904295      +Home Depot,    PO BOX 790328,    St Louis, MO 63179-0328
516904296      +Home Depot,    PO Box 9001019,    Louisville, KY 40290-1019
516904299      +JP Chase,    PO Box 80084,    Salinas, CA 93912-0084
516904302      +Macy's,    PO Box 78008,    Phoenix, AZ 85062-8008
516904304      +Merrill Lynch,    4802 Deer Lake Dr East,    Jacksonville, FL 32246-6484
516904308      +Sears MC,    PO Box 78051,    Phoenix, AZ 85062-8051
517149231      +TD Bank NA,    Richard J Tracy, III Esq,    30 Montgomery Street,    Suite 1205,
                 Jersey City, NJ 07302-3835
517130080      +TD Bank, NA,    Payment Processing,    PO Box 16029,    Lewiston, ME 04243-9507
516904309      +TD Visa,    PO Box 16027,    Lewiston, ME 04243-9513
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 02 2017 00:24:45     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 02 2017 00:24:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516904283       EDI: GMACFS.COM Dec 02 2017 00:08:00      Ally Financial,    Payment Processing Center,
                 PO Box 78369,    Phoenix, AZ 85062-8369
516904284      +EDI: RMSC.COM Dec 02 2017 00:08:00      Amazon / Synchrony,    PO BOX 965013,
                 Orlando, FL 32896-5013
516904285      +EDI: CAPITALONE.COM Dec 02 2017 00:08:00      Capital One,    PO Box 71083,
                 Charlotte, NC 28272-1083
517148248       EDI: BL-BECKET.COM Dec 02 2017 00:08:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517155181       E-mail/Text: bankruptcy.bnc@ditech.com Dec 02 2017 00:24:28
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516904289       E-mail/Text: bankruptcy.bnc@ditech.com Dec 02 2017 00:24:28      Ditect Mortgage,    PO Box 94710,
                 Palatine, IL 60094-4710
516904291      +E-mail/Text: bankruptcy@fult.com Dec 02 2017 00:26:00      Fulton Bank of NJ,    One Penn Square,
                 Lancaster, PA 17602-2853
516904297       EDI: IRS.COM Dec 02 2017 00:08:00      IRS,    Department of Treasury,    IRS,
                 Cincinnati, OH 45999-0025
516904298      +EDI: RMSC.COM Dec 02 2017 00:08:00      JC Penny visa,    PO Box 96009,    Orlando, FL 32896-0001
516904300      +EDI: CBSKOHLS.COM Dec 02 2017 00:08:00      Kohls,    PO Box 3084,    Milwaukee, WI 53201-3084
516904301      +EDI: RMSC.COM Dec 02 2017 00:08:00      Lowes,    PO Box 530914,    Atlanta, GA 30353-0914
516904303       EDI: BANKAMER.COM Dec 02 2017 00:08:00      MBNA MC,    PO Box 53132,    Phoenix, AZ 85072-3132
516904305      +EDI: RMSC.COM Dec 02 2017 00:08:00      Old Navy Visa,    PO Box 960017,    Orlando, FL 32896-0017
516904306      +EDI: RMSC.COM Dec 02 2017 00:08:00      Sams Club,    PO Box 530942,    Atlanta, GA 30353-0942
516904307      +EDI: RMSC.COM Dec 02 2017 00:08:00      Sams Club Credit,    PO Box 530942,
                 Atlanta, GA 30353-0942
516908600      +EDI: RMSC.COM Dec 02 2017 00:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517193735      +EDI: AIS.COM Dec 02 2017 00:08:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517142808       EDI: WFFC.COM Dec 02 2017 00:08:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines,   IA     50306-0438
516904310      +EDI: WFFC.COM Dec 02 2017 00:08:00      Wells Fargo Financial,    PO Box 660553,
                 Dallas, TX 75266-0553
                                                                                                TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516904286*     +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
517128600*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Dec 01, 2017
                              Form ID: 148             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2017 at the address(es) listed below:
          Brian   Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
           bthomas@ecf.epiqsystems.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          R. A. Lebron    on behalf of Creditor    FULTON BANK OF NEW JERSEY bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          Scott H. Marcus    on behalf of Debtor Kelley   Pease smarcus@marcuslaw.net,
           scottmarcusecf@gmail.com,plaws@marcuslaw.net,ddemeo@marcuslaw.net
          Scott H. Marcus    on behalf of Joint Debtor Anthony E Pease smarcus@marcuslaw.net,
           scottmarcusecf@gmail.com,plaws@marcuslaw.net,ddemeo@marcuslaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 10
```