Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−23040−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kelley Pease | Anthony E Pease |
| 1701 Bluestem Ave | 1701 Bluestem Ave |
| Williamstown, NJ 08094 | Williamstown, NJ 08094 |

Social Security No.:
  xxx−xx−5747                               xxx−xx−8616

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            2/14/18
Time:            09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 3, 2018
JAN: bc

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-23040-ABA
Kelley Pease                                                            Chapter 13
Anthony E Pease
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 2              Date Rcvd: Jan 03, 2018
                               Form ID: 132               Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db/jdb         +Kelley Pease,    Anthony E Pease,    1701 Bluestem Ave,    Williamstown, NJ 08094-3393
517211506      +ACAR Leasing Ltd,   d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
516904288     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank,    PO Box 183071,    Columbus, OH 43218)
516904285      +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
517148248       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516904287      +Citi Cards,    Po Box 790345,    St. Louis, MO 63179-0345
516904290      +Division of Pensions and Benefits,    PO Box 295,    Trenton, NJ 08625-0295
516904292      +GM Card,    PO Box 71107,    Charlotte, NC 28272-1107
516904293      +GM Financial,    75 Remittance Dr Suite 1738,    Chicago, IL 60675-1738
516904294      +GM Financial,    75 Remittance way,    Chicago, IL 60675-1001
516904296      +Home Depot,    PO Box 9001019,    Louisville, KY 40290-1019
516904295      +Home Depot,    PO BOX 790328,    St Louis, MO 63179-0328
516904299      +JP Chase,    PO Box 80084,    Salinas, CA 93912-0084
516904303       MBNA MC,    PO Box 53132,    Phoenix, AZ 85072-3132
516904302      +Macy's,    PO Box 78008,    Phoenix, AZ 85062-8008
516904304      +Merrill Lynch,    4802 Deer Lake Dr East,    Jacksonville, FL 32246-6484
516904308      +Sears MC,    PO Box 78051,    Phoenix, AZ 85062-8051
517149231      +TD Bank NA,    Richard J Tracy, III Esq,    30 Montgomery Street,    Suite 1205,
                 Jersey City, NJ 07302-3835
517130080      +TD Bank, NA,    Payment Processing,    PO Box 16029,    Lewiston, ME 04243-9507
516904309      +TD Visa,    PO Box 16027,    Lewiston, ME 04243-9513
517142808       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines,    IA    50306-0438
516904310      +Wells Fargo Financial,    PO Box 660553,    Dallas, TX 75266-0553

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2018 23:18:50     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2018 23:18:48     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516904283       E-mail/Text: ally@ebn.phinsolutions.com Jan 03 2018 23:18:00     Ally Financial,
                 Payment Processing Center,    PO Box 78369,    Phoenix, AZ 85062-8369
516904284      +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2018 23:21:18     Amazon / Synchrony,
                 PO BOX 965013,    Orlando, FL 32896-5013
517155181       E-mail/Text: bankruptcy.bnc@ditech.com Jan 03 2018 23:18:32
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516904289       E-mail/Text: bankruptcy.bnc@ditech.com Jan 03 2018 23:18:32     Ditect Mortgage,    PO Box 94710,
                 Palatine, IL 60094-4710
516904291      +E-mail/Text: bankruptcy@fult.com Jan 03 2018 23:19:41     Fulton Bank of NJ,    One Penn Square,
                 Lancaster, PA 17602-2853
516904297       E-mail/Text: cio.bncmail@irs.gov Jan 03 2018 23:18:19     IRS,    Department of Treasury,    IRS,
                 Cincinnati, OH 45999-0025
516904298      +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2018 23:21:28     JC Penny visa,    PO Box 96009,
                 Orlando, FL 32896-0001
516904300      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 03 2018 23:18:06     Kohls,    PO Box 3084,
                 Milwaukee, WI 53201-3084
516904301      +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2018 23:21:42     Lowes,    PO Box 530914,
                 Atlanta, GA 30353-0914
516904305      +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2018 23:21:28     Old Navy Visa,    PO Box 960017,
                 Orlando, FL 32896-0017
516904306      +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2018 23:21:18     Sams Club,    PO Box 530942,
                 Atlanta, GA 30353-0942
516904307      +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2018 23:21:28     Sams Club Credit,    PO Box 530942,
                 Atlanta, GA 30353-0942
516908600      +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2018 23:21:28     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517193735      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 03 2018 23:39:56     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516904286*     +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
517128600*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Jan 03, 2018
                               Form ID: 132             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
          Brian    Thomas     on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
           bthomas@ecf.epiqsystems.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
          R. A. Lebron    on behalf of Creditor    FULTON BANK OF NEW JERSEY bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          Scott H. Marcus    on behalf of Debtor Kelley   Pease smarcus@marcuslaw.net,
           scottmarcusecf@gmail.com,plaws@marcuslaw.net,ddemeo@marcuslaw.net
          Scott H. Marcus    on behalf of Joint Debtor Anthony E Pease smarcus@marcuslaw.net,
           scottmarcusecf@gmail.com,plaws@marcuslaw.net,ddemeo@marcuslaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 10
```