UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on January 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 17-23040-ABA |
| Kelley & Anthony E Pease | Chapter: 13 |
| | Hearing Date: January 2, 2018 |
| | Judge: Andrew B. Altenburg, Jr. |

## ORDER REINSTATING CASE

The relief set forth on the following page, numbered two through two is hereby **ORDERED**.

**DATED: January 2, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Anthony & Kelley Pease.*
*Case No.: 17-23040-ABA*
Order Reinstating Case
Page | 2

---

**THIS MATTER** having come before the court by the Debtor's Motion to Reinstate Case; and for the reasons set forth on the record; and for good cause shown; it is

**ORDERED** the case is reinstated effective as of January 2, 2018. The Order dismissing this case entered on November 30, 2017, remains and remained in effect through the date of entry of this Order and its service as provided herein. No actions taken by third parties during the period this case was dismissed are or were subject to the automatic stay or other provisions of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that unless the deadlines expired <u>before</u> the dismissal of this case, creditors and/or parties–in-interest have:

1. until the original deadline fixed by the court to file a complaint to challenge dischargeability of certain debts, or sixty (60) days from the date of this Order, whichever is later;

2. until the original deadline fixed by the court to file a proof of claim, or sixty (60) days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the court to object to exemptions, or thirty (30) days from the date of this Order, whichever is later.

**IT IS FURTHER ORDERED** that the Debtor shall, within three (3) days of the date of this Order, serve **ALL** creditors and other parties in interest with a copy of this Order and immediately thereafter, file a certificate of service evidencing compliance herewith. This Order shall be effective as to such parties only upon service in accordance with this Order.

United States Bankruptcy Court
District of New Jersey

In re:
Kelley Pease
Anthony E Pease
    Debtors

Case No. 17-23040-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 03, 2018
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2018.
db/jdb        +Kelley Pease,    Anthony E Pease,    1701 Bluestem Ave,    Williamstown, NJ 08094-3393

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:
         Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
          bthomas@ecf.epiqsystems.com
         Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
         Jane L. McDonald     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
         Lauren   Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
         R. A. Lebron    on behalf of Creditor    FULTON BANK OF NEW JERSEY bankruptcy@feinsuch.com
         Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
         Scott H. Marcus    on behalf of Debtor Kelley   Pease smarcus@marcuslaw.net,
          scottmarcusecf@gmail.com,plaws@marcuslaw.net,ddemeo@marcuslaw.net
         Scott H. Marcus    on behalf of Joint Debtor Anthony E Pease smarcus@marcuslaw.net,
          scottmarcusecf@gmail.com,plaws@marcuslaw.net,ddemeo@marcuslaw.net
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 10