**Last revised: August 1, 2017**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:

Kelley Pease
Anthony E. Pease

Case No.: _____17-23040_____

Judge: _____ABA_____

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original            ☒ Modified/Notice Required            Date: ___May 24, 2018___

☐ Motions Included    ☐ Modified/No Notice Required

### THE DEBTOR HAS FILED FOR RELIEF UNDER
### CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___SHM___    Initial Debtor: ___KP___    Initial Co-Debtor: ___AEP___

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____439.00_____ per _____MONTH_____ to the Chapter 13 Trustee, starting on
_____ for approximately _____60_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:
Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☐  Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

2

**Part 2:    Adequate Protection ☒ NONE**

a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| SCOTT H. MARCUS, ESQ. | ATTORNEY FEES | $2,200.00 |
| IRS | TAXES | $7,800.00 |

b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:   Secured Claims**

### a.  Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c.  Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

4

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Fulton Bank | 1701 Bluestrem AVe., Williamstown, NJ 08094 | 42,900.00 | 260,000.00 | Direct Mortgage - 290,600.00 | No value | N/A | 0.00 |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:   Unsecured Claims ☒ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6:   Executory Contracts and Unexpired Leases ☐ NONE

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| GM Financial | $0 | Lease | To be assumed by Debtors | $498.00 |
| GM Financial | $0 | Lease | To be assumed by Debtors | $469.00 |

6

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

### a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

### b.  Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.   ☒ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Fulton Bank of NJ | 1701 Bluestem Ave., Williamstown, NJ 08094 Residence: Single Family two story 3 bedroom home | 42,900.00 | 260,000.00 | Direct Mortgage - 290,600.00 | -30,600.00 | 42,900.00 |

**c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**Part 8:    Other Plan Provisions**

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c.  Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Other Administrative Claims

3) Secured Claims

4) Priority; unsecured

**d.  Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification  ☒ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _1/18/18_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To list assumed vehicles | Amending to include Debtors' intention of assuming leased vehicles. |

Are Schedules I and J being filed simultaneously with this Modified Plan?        ☐  Yes        ☒    No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: _May 24, 2018_____          /s/ Scott H. Marcus, Esquire_____
                                                                            Attorney for the Debtor

Date: _May 24, 2018_____          /s/ Kelley Pease_____
                                                                            Debtor

Date: _May 24, 2018_____          /s/ Anthony E. Pease_____
                                                                            Joint Debtor

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: May 24, 2018 _____       /s/ Scott H. Marcus, Esquire _____
                                             **Attorney for the Debtor**

I certify under penalty of perjury that the above is true.

Date: May 24, 2018 _____       /s/ Kelley Pease _____
                                             **Debtor**

Date: May 24, 2018 _____       /s/ Anthony E. Pease _____
                                             **Joint Debtor**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-23040-ABA
Kelley Pease                                                              Chapter 13
Anthony E Pease
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: May 24, 2018
                             Form ID: pdf901       Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
```
db/jdb          +Kelley Pease,   Anthony E Pease,   1701 Bluestem Ave,   Williamstown, NJ 08094-3393
517211506       +ACAR Leasing Ltd,   d/b/a GM Financial Leasing,   PO Box 183853,   Arlington, TX 76096-3853
516904288       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Citibank,   PO Box 183071,   Columbus, OH 43218)
516904285       +Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
517148248        Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517292074       +Cavalry SPV I, LLC,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite 200,
                Tucson, AZ 85712-1083
516904287       +Citi Cards,   PO Box 790345,   St. Louis, MO 63179-0345
516904290       +Division of Pensions and Benefits,   PO Box 295,   Trenton, NJ 08625-0295
516904292       +GM Card,   PO Box 71107,   Charlotte, NC 28272-1107
516904293       +GM Financial,   75 Remittance Dr Suite 1738,   Chicago, IL 60675-1738
516904294       +GM Financial,   75 Remittance way,   Chicago, IL 60675-1001
516904295       +Home Depot,   PO BOX 790328,   St. Louis, MO 63179-0328
516904296       +Home Depot,   PO Box 9001019,   Louisville, KY 40290-1019
516904299       +JP Chase,   PO Box 80084,   Salinas, CA 93912-0084
516904303        MBNA MC,   PO Box 53132,   Phoenix, AZ 85072-3132
516904302       +Macy's,   PO Box 78008,   Phoenix, AZ 85062-8008
516904304       +Merrill Lynch,   4802 Deer Lake Dr East,   Jacksonville, FL 32246-6484
516904308       +Sears MC,   PO Box 78051,   Phoenix, AZ 85062-8051
517149231       +TD Bank NA,   Richard J Tracy, III Esq,   30 Montgomery Street,   Suite 1205,
                Jersey City, NJ 07302-3835
517130080       +TD Bank, NA,   Payment Processing,   PO Box 16029,   Lewiston, ME 04243-9507
516904309       +TD Visa,   PO Box 16027,   Lewiston, ME 04243-9513
517142808        Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,   Des Moines,   IA   50306-0438
516904310       +Wells Fargo Financial,   PO Box 660553,   Dallas, TX 75266-0553

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 24 2018 23:55:34     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2018 23:55:28     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516904283        E-mail/Text: ally@ebn.phinsolutions.com May 24 2018 23:54:45     Ally Financial,
                Payment Processing Center,   PO Box 78369,   Phoenix, AZ 85062-8369
516904284       +E-mail/PDF: gecsedi@recoverycorp.com May 24 2018 23:59:01     Amazon / Synchrony,
                PO BOX 965013,   Orlando, FL 32896-5013
516904285       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 24 2018 23:59:47     Capital One,
                PO Box 71083,   Charlotte, NC 28272-1083
517155181        E-mail/Text: bankruptcy.bnc@ditech.com May 24 2018 23:55:15
                Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
516904289        E-mail/Text: bankruptcy.bnc@ditech.com May 24 2018 23:55:15     Ditect Mortgage,   PO Box 94710,
                Palatine, IL 60094-4710
516904291       +E-mail/Text: bankruptcy@fult.com May 24 2018 23:56:42     Fulton Bank of NJ,   One Penn Square,
                Lancaster, PA 17602-2883
516904297        E-mail/Text: cio.bncmail@irs.gov May 24 2018 23:55:06     IRS,   Department of Treasury,   IRS,
                Cincinnati, OH 45999-0025
516904298       +E-mail/PDF: gecsedi@recoverycorp.com May 24 2018 23:58:52     JC Penny visa,   PO Box 96009,
                Orlando, FL 32896-0001
516904300       +E-mail/Text: bnckohlsnotices@becket-lee.com May 24 2018 23:54:54     Kohls,   PO Box 3084,
                Milwaukee, WI 53201-3084
516904301       +E-mail/PDF: gecsedi@recoverycorp.com May 24 2018 23:58:18     Lowes,   PO Box 530914,
                Atlanta, GA 30353-0914
516904305       +E-mail/PDF: gecsedi@recoverycorp.com May 24 2018 23:59:36     Old Navy Visa,   PO Box 960017,
                Orlando, FL 32896-0017
517284138       +E-mail/PDF: resurgentbknotifications@resurgent.com May 24 2018 23:58:24
                PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
517287361        E-mail/Text: bnc-quantum@quantum3group.com May 24 2018 23:55:21
                Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
516904306       +E-mail/PDF: gecsedi@recoverycorp.com May 24 2018 23:59:01     Sams Club,   PO Box 530942,
                Atlanta, GA 30353-0942
516904307       +E-mail/PDF: gecsedi@recoverycorp.com May 24 2018 23:58:18     Sams Club Credit,   PO Box 530942,
                Atlanta, GA 30353-0942
516908600       +E-mail/PDF: gecsedi@recoverycorp.com May 24 2018 23:59:01     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517193735       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 24 2018 23:59:52     Verizon,
                by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                        TOTAL: 19
```

```
District/off: 0312-1           User: admin              Page 2 of 2           Date Rcvd: May 24, 2018
                               Form ID: pdf901          Total Noticed: 41
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516904286*      +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
517128600*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
            Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
             bthomas@ecf.epiqsystems.com
            Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
             summarymail@standingtrustee.com
            Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
            Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
            R. A. Lebron    on behalf of Creditor    FULTON BANK OF NEW JERSEY bankruptcy@feinsuch.com
            Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
            Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
            Scott H. Marcus    on behalf of Debtor Kelley  Pease smarcus@marcuslaw.net,
             scottmarcusecf@gmail.com,plaws@marcuslaw.net,ddemeo@marcuslaw.net
            Scott H. Marcus    on behalf of Joint Debtor Anthony E Pease smarcus@marcuslaw.net,
             scottmarcusecf@gmail.com,plaws@marcuslaw.net,ddemeo@marcuslaw.net
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 12
```