## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                        Case No.:  17−23040−ABA
                                        Chapter:  13
                                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kelley Pease                                             Anthony E Pease
    1701 Bluestem Ave                                1701 Bluestem Ave
    Williamstown, NJ 08094                        Williamstown, NJ 08094

Social Security No.:
    xxx−xx−5747                                             xxx−xx−8616

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on July 27, 2018.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 27, 2018
JAN: ml

                                                                           Jeanne Naughton
                                                                           Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 17-23040-ABA
Kelley Pease                                                   Chapter 13
Anthony E Pease
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                Page 1 of 2              Date Rcvd: Jul 27, 2018
                               Form ID: 148               Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db/jdb         +Kelley Pease,    Anthony E Pease,    1701 Bluestem Ave,    Williamstown, NJ 08094-3393
517211506      +ACAR Leasing Ltd,    d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
516904288     ++CITIBANK,   PO BOX 790034,     ST LOUIS MO 63179-0034
               (address filed with court: Citibank,     PO Box 183071,    Columbus, OH 43218)
517292074      +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite 200,
                 Tucson, AZ 85712-1083
516904287      +Citi Cards,    Po Box 790345,    St. Louis, MO 63179-0345
516904290      +Division of Pensions and Benefits,     PO Box 295,    Trenton, NJ 08625-0295
516904292      +GM Card,    PO Box 71107,    Charlotte, NC 28272-1107
516904293      +GM Financial,    75 Remittance Dr Suite 1738,    Chicago, IL 60675-1738
516904294      +GM Financial,    75 Remittance way,    Chicago, IL 60675-1001
516904295      +Home Depot,    PO BOX 790328,    St Louis, MO 63179-0328
516904296      +Home Depot,    PO Box 9001019,    Louisville, KY 40290-1019
516904299      +JP Chase,    PO Box 80084,    Salinas, CA 93912-0084
516904302      +Macy’s,    PO Box 78008,    Phoenix, AZ 85062-8008
516904304      +Merrill Lynch,    4802 Deer Lake Dr East,    Jacksonville, FL 32246-6484
516904308      +Sears MC,    PO Box 78051,    Phoenix, AZ 85062-8051
517149231      +TD Bank NA,    Richard J Tracy, III Esq,    30 Montgomery Street,    Suite 1205,
                 Jersey City, NJ 07302-3835
517130080      +TD Bank, NA,    Payment Processing,    PO Box 16029,    Lewiston, ME 04243-9507
516904309      +TD Visa,    PO Box 16027,    Lewiston, ME 04243-9513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2018 23:20:03     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2018 23:20:01     United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516904283       EDI: GMACFS.COM Jul 28 2018 03:08:00     Ally Financial,    Payment Processing Center,
                 PO Box 78369,    Phoenix, AZ 85062-8369
516904284      +EDI: RMSC.COM Jul 28 2018 03:08:00     Amazon / Synchrony,    PO BOX 965013,
                 Orlando, FL 32896-5013
516904285      +EDI: CAPITALONE.COM Jul 28 2018 03:08:00     Capital One,    PO Box 71083,
                 Charlotte, NC 28272-1083
517148248       EDI: BL-BECKET.COM Jul 28 2018 03:08:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517155181       E-mail/Text: bankruptcy.bnc@ditech.com Jul 27 2018 23:19:47
                 Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516904289       E-mail/Text: bankruptcy.bnc@ditech.com Jul 27 2018 23:19:47     Ditect Mortgage,    PO Box 94710,
                 Palatine, IL 60094-4710
516904291      +E-mail/Text: bankruptcy@fult.com Jul 27 2018 23:20:43     Fulton Bank of NJ,    One Penn Square,
                 Lancaster, PA 17602-2853
516904297       EDI: IRS.COM Jul 28 2018 03:08:00     IRS,   Department of Treasury,    IRS,
                 Cincinnati, OH 45999-0025
516904298      +EDI: RMSC.COM Jul 28 2018 03:08:00     JC Penny visa,    PO Box 96009,    Orlando, FL 32896-0001
516904300      +EDI: CBSKOHLS.COM Jul 28 2018 03:08:00     Kohls,    PO Box 3084,    Milwaukee, WI 53201-3084
516904301      +EDI: RMSC.COM Jul 28 2018 03:08:00     Lowes,    PO Box 530914,    Atlanta, GA 30353-0914
516904303       EDI: BANKAMER.COM Jul 28 2018 03:08:00     MBNA MC,    PO Box 53132,    Phoenix, AZ 85072-3132
516904305      +EDI: RMSC.COM Jul 28 2018 03:08:00     Old Navy Visa,    PO Box 960017,    Orlando, FL 32896-0017
517284138      +EDI: RESURGENT.COM Jul 28 2018 03:08:00     PYOD, LLC its successors and assigns as assignee,
                 of Citibank, N.A.,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
517287361       EDI: Q3G.COM Jul 28 2018 03:08:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
516904306      +EDI: RMSC.COM Jul 28 2018 03:08:00     Sams Club,    PO Box 530942,    Atlanta, GA 30353-0942
516904307      +EDI: RMSC.COM Jul 28 2018 03:08:00     Sams Club Credit,    PO Box 530942,
                 Atlanta, GA 30353-0942
516908600      +EDI: RMSC.COM Jul 28 2018 03:08:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517193735      +EDI: AIS.COM Jul 28 2018 03:08:00     Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517142808       EDI: WFFC.COM Jul 28 2018 03:08:00     Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines,   IA    50306-0438
516904310      +EDI: WFFC.COM Jul 28 2018 03:08:00     Wells Fargo Financial,    PO Box 660553,
                 Dallas, TX 75266-0553
                                                                                              TOTAL: 23

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Jul 27, 2018
                              Form ID: 148             Total Noticed: 41

516904286*     +Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
517128600*      Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                       TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Lauren   Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              R. A. Lebron    on behalf of Creditor     FULTON BANK OF NEW JERSEY bankruptcy@feinsuch.com
              Raymond   Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Scott H. Marcus    on behalf of Debtor Kelley  Pease smarcus@marcuslaw.net,
               scottmarcusecf@gmail.com,plaws@marcuslaw.net,ddemeo@marcuslaw.net
              Scott H. Marcus    on behalf of Joint Debtor Anthony E Pease smarcus@marcuslaw.net,
               scottmarcusecf@gmail.com,plaws@marcuslaw.net,ddemeo@marcuslaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 12
```