FILED
JEANNE A. NAUGHTON, CLERK

OCT 19 2022

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____ DEPUTY

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br>Kelley Pease<br>Anthony Pease<br>(Debtors) | Case No.: 17-23040<br>Chapter: 13<br>Judge: Hon. Andrew Altenburg J |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Kelley Pease_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 10/13/2022_____

_Kelley Pease_____
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

*rev.8/1/18*