| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Kelley Pease<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5747<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Anthony E Pease<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8616<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    17-23040-ABA | | |

## Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Kelley Pease                                           Anthony E Pease

    <u>2/9/23</u>                                                      **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-23040-ABA
Kelley Pease                                                                                    Chapter 13
Anthony E Pease
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 09, 2023 | Form ID: 3180W | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kelley Pease, Anthony E Pease, 1701 Bluestem Ave, Williamstown, NJ 08094-3393 |
| 517155181 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516904289 | | Ditect Mortgage, PO Box 94710, Palatine, IL 60094-4710 |
| 516904290 | + | Division of Pensions and Benefits, PO Box 295, Trenton, NJ 08625-0295 |
| 516904293 | + | GM Financial, 75 Remittance Dr Suite 1738, Chicago, IL 60675-1738 |
| 516904294 | + | GM Financial, 75 Remittance way, Chicago, IL 60675-1001 |
| 516904296 | + | Home Depot, PO Box 9001019, Louisville, KY 40290-1019 |
| 516904299 | + | JP Chase, PO Box 80084, Salinas, CA 93912-0084 |
| 516904304 | + | Merrill Lynch, 4802 Deer Lake Dr East, Jacksonville, FL 32246-6484 |
| 517149231 | + | TD Bank NA, Richard J Tracy, III Esq, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 517130080 | + | TD Bank, NA, Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 516904309 | + | TD Visa, PO Box 16027, Lewiston, ME 04243-9513 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 09 2023 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 09 2023 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 09 2023 20:53:00 | NewRez LLC dba Shellpoint Mortgage Servicing, RAS Citron, LLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 517211506 | + | EDI: PHINAMERI.COM | Feb 10 2023 01:49:00 | ACAR Leasing Ltd, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 516904283 | | EDI: GMACFS.COM | Feb 10 2023 01:49:00 | Ally Financial, Payment Processing Center, PO Box 78369, Phoenix, AZ 85062-8369 |
| 516904284 | + | EDI: RMSC.COM | Feb 10 2023 01:49:00 | Amazon / Synchrony, PO BOX 965013, Orlando, FL 32896-5013 |
| 516904288 | | EDI: CITICORP.COM | Feb 10 2023 01:49:00 | Citibank, PO Box 183071, Columbus, OH 43218 |
| 516904285 | + | EDI: CAPITALONE.COM | Feb 10 2023 01:49:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 517148248 | | Email/PDF: bncnotices@becket-lee.com | Feb 09 2023 21:05:04 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517292074 | + | EDI: BASSASSOC.COM | Feb 10 2023 01:49:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 516904287 | + | EDI: CITICORP.COM | Feb 10 2023 01:49:00 | Citi Cards, Po Box 790345, St. Louis, MO |

Case 17-23040-ABA    Doc 94    Filed 02/11/23    Entered 02/12/23 00:15:26    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Feb 09, 2023 | Form ID: 3180W | Total Noticed: 46 |

| | | | |
| --- | --- | --- | --- |
| | | | 63179-0345 |
| 516904302 | + EDI: CITICORP.COM | | |
| | | Feb 10 2023 01:49:00 | Macy's, PO Box 78008, Phoenix, AZ 85062 |
| 516904291 | + Email/Text: bankruptcy@fult.com | | |
| | | Feb 09 2023 20:54:00 | Fulton Bank of NJ, One Penn Square, Lancaster, PA 17602-2853 |
| 516904292 | + EDI: CAPITALONE.COM | | |
| | | Feb 10 2023 01:49:00 | GM Card, PO Box 71107, Charlotte, NC 28272-1107 |
| 516904295 | + EDI: CITICORP.COM | | |
| | | Feb 10 2023 01:49:00 | Home Depot, PO BOX 790328, St Louis, MO 63179-0328 |
| 516904297 | EDI: IRS.COM | | |
| | | Feb 10 2023 01:49:00 | IRS, Department of Treasury, IRS, Cincinnati, OH 45999-0025 |
| 516904298 | + EDI: RMSC.COM | | |
| | | Feb 10 2023 01:49:00 | JC Penny visa, PO Box 96009, Orlando, FL 32896-0001 |
| 516904300 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Feb 09 2023 20:53:00 | Kohls, PO Box 3084, Milwaukee, WI 53201-3084 |
| 516904301 | + EDI: RMSC.COM | | |
| | | Feb 10 2023 01:49:00 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 516904303 | EDI: BANKAMER.COM | | |
| | | Feb 10 2023 01:49:00 | MBNA MC, PO Box 53132, Phoenix, AZ 85072-3132 |
| 518187811 | + Email/Text: mtgbk@shellpointmtg.com | | |
| | | Feb 09 2023 20:53:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC DBA Shellpoint Mortgage Servi, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518187810 | + Email/Text: mtgbk@shellpointmtg.com | | |
| | | Feb 09 2023 20:53:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 516904305 | + EDI: RMSC.COM | | |
| | | Feb 10 2023 01:49:00 | Old Navy Visa, PO Box 960017, Orlando, FL 32896-0017 |
| 517284138 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 09 2023 21:05:02 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 517287361 | EDI: Q3G.COM | | |
| | | Feb 10 2023 01:49:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516904306 | + EDI: RMSC.COM | | |
| | | Feb 10 2023 01:49:00 | Sams Club, PO Box 530942, Atlanta, GA 30353-0942 |
| 516904307 | + EDI: RMSC.COM | | |
| | | Feb 10 2023 01:49:00 | Sams Club Credit, PO Box 530942, Atlanta, GA 30353-0942 |
| 516904308 | + EDI: CITICORP.COM | | |
| | | Feb 10 2023 01:49:00 | Sears MC, PO Box 78051, Phoenix, AZ 85062-8051 |
| 516908600 | + EDI: RMSC.COM | | |
| | | Feb 10 2023 01:49:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517193735 | + EDI: AIS.COM | | |
| | | Feb 10 2023 01:49:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517142808 | EDI: WFFC2 | | |
| | | Feb 10 2023 01:49:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516904310 | + EDI: WFFC.COM | | |
| | | Feb 10 2023 01:49:00 | Wells Fargo Financial, PO Box 660553, Dallas, TX 75266-0553 |
| 519727183 | + Email/Text: bkteam@selenefinance.com | | |
| | | Feb 09 2023 20:53:00 | Wilmington Savings Fund Society, FSB, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 519727184 | + Email/Text: bkteam@selenefinance.com | | |
| | | Feb 09 2023 20:53:00 | Wilmington Savings Fund Society, FSB, Selene |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 09, 2023 | Form ID: 3180W | Total Noticed: 46 |

Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, Wilmington Savings Fund Society, FSB 75019-6295

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516904286 | *+ | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 517128600 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Charles G. Wohlrab | on behalf of Creditor Wilmington Savings Fund Society FSB, D/B/A Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Wilmington Savings Fund Society FSB, D/B/A Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| R. A. Lebron | on behalf of Creditor FULTON BANK OF NEW JERSEY bankruptcy@fskslaw.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 09, 2023 | Form ID: 3180W | Total Noticed: 46 |

Scott H. Marcus
 on behalf of Debtor Kelley Pease smarcus@npdlaw.com
 scottmarcusecf@gmail.com,plaws@marcuslaw.net,murbanski@marcuslaw.net;marcussr88726@notify.bestcase.com

Scott H. Marcus
 on behalf of Joint Debtor Anthony E Pease smarcus@npdlaw.com
 scottmarcusecf@gmail.com,plaws@marcuslaw.net,murbanski@marcuslaw.net;marcussr88726@notify.bestcase.com

Sindi Mncina
 on behalf of Creditor Wilmington Savings Fund Society  FSB, D/B/A Christiana Trust, Not Individually but as Trustee for Pretium Mortgage Acquisition Trust smncina@raslg.com

Sindi Mncina
 on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing smncina@raslg.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16